IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CORNELIUS WEBSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-358-WKW |
| ) | [WO] |
| ROBERT M. HENLINE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On July 1, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 9.) Upon an independent review of the record and the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 9) is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to prosecute this action.

Final Judgment will be entered separately.

DONE this 21st day of July, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE